# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM BURCHFIELD,

    Plaintiff,

v.

BIO-SERV CORPORATION,

    Defendant.
_____/

Case No. 24-13338

Hon. Jonathan J.C. Grey

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon stipulation of the parties (ECF No. 18), and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that all claims asserted in this matter against the named-Defendant are hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

**SO ORDERED.**

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Judge

Date: December 11, 2025

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 11, 2025.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager